JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SU'E ROBERT SEIULI,<br><br>　　　　Petitioner<br><br>　　v.<br><br>SAN BERNARDINO SUPERIOR COURT,<br><br>　　　　Respondent. | Case No. 5:21-cv-00083-PA (GJS)<br><br>JUDGMENT |

　　Pursuant to the Court's Order: Summarily Dismissing Petition Without Prejudice; And Denying Certificate Of Appealability,

　　IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: March 12, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE